UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
TYREE DANIELS, :
:
:
Plaintiff, :
: 22-cv-6297 (LJL)
-v- :
: ORDER
:
KILOLO KIJAKAZI, :
:
Defendant. :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/31/2023__

LEWIS J. LIMAN, United States District Judge:

    Plaintiff is reminded that there is an outstanding motion to dismiss pending in this case since November 7, 2022.  If Plaintiff does not file an opposition within two weeks by April 14, 2023, the motion will be deemed unopposed.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                           LEWIS J. LIMAN
                                      United States District Judge