```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TYREE DANIELS,                                                         :
                                                                       :
                                                                       :
                         Plaintiff,                                    :
                                                                       :    22-cv-6297 (LJL)
               -v-                                                     :
                                                                       :       ORDER
KILOLO KIJAKAZI,                                                       :
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/8/2023__

LEWIS J. LIMAN, United States District Judge:

For the reasons stated in the accompanying Opinion and Order issued today, Dkt. No. 59, Defendant's motion to dismiss is granted in part and dismissed in part. Plaintiff's discrimination claim under the Rehabilitation Act is dismissed without prejudice. Plaintiff's Title VII claims are dismissed with prejudice.

Plaintiff must file any amended complaint repleading his discrimination claim under the Rehabilitation Act within 30 days of the date of this Order.

The Clerk of Court is respectfully directed to mail a copy of this Order, and the accompanying Opinion and Order at Dkt. No. 59, to Plaintiff.

SO ORDERED.

Dated: June 8, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge