```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
TYREE DANIELS,                                                       :
                                                                     :
                                                                     :
                        Plaintiff,                                   :
                                                                     :           22-cv-6297 (LJL)
            -v-                                                      :
                                                                     :              ORDER
KILOLO KIJAKAZI,                                                     :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023

LEWIS J. LIMAN, United States District Judge:

      The initial pretrial conference in this matter is continued to August 4, 2023 at 2:00 p.m. The parties are directed to meet and confer with respect to a proposed case management plan and are directed to file that proposed case management plan on the docket by August 2, 2023. At the initial pretrial conference, Plaintiff should be prepared to discuss whether he intends to file an amended complaint repleading his discrimination claim under the Rehabilitation Act and, if he intends to replead, to make a request for a deadline for such repleading.

      Plaintiff is advised that he may seek assistance from the New York Legal Aid Group ("NYLAG") Legal Clinic for Pro Se Litigants. The NYLAG Clinic can be reached at (212) 659-6190 or at their website: https://www.nylag.org/pro-se-clinic/. Plaintiff is also advised that he may consent to electronic service at the following link: https://www.nysd.uscourts.gov/prose. Finally, Plaintiff is advised that it is his responsibility to maintain his current mailing address on the docket at all times and must notify the Court of any change of address by letter filed pursuant to Paragraphs 1(I) and 2(O) of the Individual Rules of this Court, available at the following link: https://nysd.uscourts.gov/hon-lewis-j-liman. Failure to notify the Court of a change of address may result in dismissal of a case.

      The Court further notes that Michael D. Ettinger of Ettinger and Besbekos, P.C. is listed as an active attorney for Plaintiff on this matter. The docket reflects, however, that his pro bono assignment, and his appearance in this matter, was terminated on July 6, 2022. Dkt. No. 44.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff. The Clerk of Court is respectfully directed to terminate Michael D. Ettinger as counsel for Plaintiff on the docket.

      SO ORDERED.

Dated: July 20, 2023
      New York, New York
                                                     LEWIS J. LIMAN
                                                   United States District Judge